UNITED STATES DISTRICT COURT  **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: **03CV0489-SRU** |
| | ) 2004 MAR 29 P 12: 22 |
| Plaintiff, | ) **STIPULATION OF DISMISSAL** |
| | ) **WITHOUT PREJUDICE** |
| vs. | ) DISTRICT COURT |
| | ) BRIDGEPORT, CONN |
| **Gary Millas** | ) |
| | ) |
| Defendant | ) |
| | ) |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the

provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without

prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

2/10/04
Date

John M. McLaughlin, Its Member
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road   ct 16988
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328


Respectfully Submitted for the Defendant,
Gary Millas,
By His Attorney,

3/17/04
Date

Kenneth D. Quat  ct 24512
9 Damonmill Square
Suite 4A-4
Concord, MA 01742
Telephone: 978-823-0620

1

## CERTIFICATE OF SERVICE

I, Kenneth D. Quat, attorney for the Defendant, hereby certify that on this ___ day of
_____ , 2004, a copy of the foregoing Stipulation of Dismissal, was sent via
first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Rd.
Northampton, MA 01060

_____
Kenneth D. Quat