

APPROVED. The case is hereby dismissed without prejudice and without costs, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file.

Stefan R. Underhill
United States District Judge **FILED**
03/31/04

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc. | Case No.: 03CV0489-SRU |
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| Gary Millas | |
| Defendant | |

**FILED** 2004 MAR 29 P 12:22
U.S. DISTRICT COURT
BRIDGEPORT, CONN

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

2/10/04
Date

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

John M. McLaughlin, Its Member
MCLAUGHLIN SACKS, LLC
31 Trumbull Road   CL 16988
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Date 2004 MAR 31 A 10:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Respectfully Submitted for the Defendant,
Gary Millas,
By His Attorney,

Kenneth D. Quat  CL 24512
9 Damonmill Square
Suite 4A-4
Concord, MA 01742
Telephone: 978-823-0620

1